**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
LESHAWN DAWSON, on behalf of himself and    :
all others similarly situated,              :
                                            :
                        Plaintiffs,         :     Case No.: 19-cv-01431-JPO
                                            :
            v.                              :
                                            :
HARRY'S USA, INC.,                          :
                                            :
                        Defendant.          :
------------------------------------x
```

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: ~~April~~ May 2, 2019

_____
Joseph H. Mizrahi, Esq.
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12th Fl.
Brooklyn, NY 11201
E-mail: Joseph@cml.legal
Phone: (929) 575-4175
*Attorneys for Plaintiff*

_____
Shira M. Blank, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Ave.
New York, NY 10177
Email: sblank@ebglaw.com
Phone: (212) 351-4500
*Attorneys for Defendant*

SO ORDERED:

_____                 Date: May 3, 2019

Judge J. Paul Oetken

_____
J. PAUL OETKEN
United States District Judge

16